UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
BARBEL PERISSA, *on behalf of herself and all* :
*others similarly situated*, :
:
                               Plaintiff, :      23-CV-10650 (VSB)
:
                  -against- :      **ORDER**
:
UNITED STATES POLO :
ASSOCIATION, *et al.*, :
:
                         Defendants. :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of the parties' joint letter, dated March 8, 2024, (Doc. 24), and proposed Case Management Plan and Scheduling Order (the "CMP"), (Doc. 23). Rather than list specific dates for the discovery deadlines, the parties tethered several of the dates in the CMP to the date of my decision on Plaintiff's anticipated motion for class certification, which Plaintiff proposes filing by December 6, 2024. However, the parties have not explained why discovery should remain open while I consider Plaintiff's anticipated class-certification motion. Accordingly, it is hereby

       ORDERED that the parties shall file a joint letter, by March 19, 2024, explaining why discovery should remain open while I consider Plaintiff's anticipated motion for class certification. To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter.

SO ORDERED.

Dated:    March 12, 2024
            New York, New York

                                                                 _____
                                                                   Vernon S. Broderick
                                                                   United States District Judge